UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RAYFIELD JOSEPH THIBEAUX

VERSUS

BURL CAIN, ET AL

CIVIL ACTION

NO. 12-84-BAJ-SCR

## RULING AND ORDER

The Court, having carefully considered the complaint, the record, the law applicable to this action, the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated February 29, 2012 (doc. 6), and plaintiff's objection thereto (doc. 7), hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, **IT IS ORDERED** that plaintiff's complaint is dismissed as frivolous and malicious pursuant to 28 U.S.C. § 1915(e) (2) (B).

**IT IS FURTHER ORDERED** that sanctions are imposed as follows: (1) a monetary sanction in the amount of $70.00; (2) plaintiff is required to obtain written approval from a judicial officer of this court before any complaint is filed in

proper person in this court; and, (3) plaintiff is barred from proceeding in *forma pauperis* in all future actions filed in this court until the monetary sanction has been paid.

Baton Rouge, Louisiana, March **12**, 2012.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA